```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KELLY S. KUCZYNSKI,                       :
                                          :
                      Plaintiff,          :      25-CV-2302 (KPF) (RWL)
                                          :
        - against -                       :
                                          :      ORDER
HARTFORD LIFE AND ACCIDENT                :
INSURANCE COMPANY,                        :
                                          :
                      Defendant.          :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter has been referred to Judge Lehrburger for general pretrial purposes. Accordingly, by **November 20, 2025**, the parties shall file a letter (i) reporting on status; (ii) identifying any disputes that require the Court's assistance to resolve; and (iii) indicating whether the parties would like to schedule a settlement conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 12, 2025
       New York, New York

Copies transmitted this date to all counsel of record.